DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PAULA XIMENA MUNOZ,**
Appellant,

v.

**MICHEL FIALLO PEREZ,**
Appellee.

No. 4D22-2059

[August 24, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cheryl A. Caracuzzo, Judge; L.T. Case No. 502021DR000435.

Nancy A. Hass of Nancy A. Hass, P.A., Fort Lauderdale, for appellant.

Harley Gutin of Gutin & Wolverton, Cocoa, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and GERBER, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***